Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19−17063−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya McMillan
   5 Jefferson St
   Apt 3
   Clifton, NJ 07014−1593

Social Security No.:
   xxx−xx−5649

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/24/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 24, 2019
JAN: jf

                                                             Jeanne Naughton
                                                             Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 19-17063-VFP
Sonya McMillan                                                Chapter 13
       Debtor                     CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 2                  Date Rcvd: Apr 24, 2019
                               Form ID: 148                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db             Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ 07014-1593
518168359      Bob's Discount Furniture,    428 Tolland Tpke,    Manchester, CT 06042-1765
518168363      Ditech,   Ditech Financial LLC,    PO Box 6176,    Rapid City, SD 57709-6176
518168368      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518168369      LabCorp.,    531 S Spring St,    Burlington, NC 27215-5866
518168372      New Jersey Division of Pension & Benefit,    50 W State St,    Trenton, NJ 08608-1220
518168374     +Paterson Police Federal Credit Union,    111 Broadway,    Paterson, NJ 07505-1135
518168376      St Joseph's Regional Medical Center,    703 Main St,    Paterson, NJ 07503-2621
518168377      Summit Collection Services,    PO Box 306,    Ho Ho Kus, NJ 07423-0306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2019 00:09:23     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2019 00:09:19     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Apr 25 2019 03:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
518168356      E-mail/Text: info@payhcs.com Apr 25 2019 00:10:11     Advanced Laparoscopic Assoc.,
               c/o HSC Collections,    75 Franklin Tpke,   Waldwick, NJ 07463-1831
518168357      EDI: AMEREXPR.COM Apr 25 2019 03:33:00     American Express,   PO Box 981535,
               El Paso, TX 79998-1535
518168358      EDI: WFNNB.COM Apr 25 2019 03:33:00     Avenue/Comenity Bank,   Bankruptcy Department,
               PO Box 182125,    Columbus, OH 43218-2125
518168360      EDI: CAPITALONE.COM Apr 25 2019 03:33:00     Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
518168361      EDI: RMSC.COM Apr 25 2019 03:33:00     Care Credit,   c/o Synchrony,   PO Box 960061,
               Orlando, FL 32896-0061
518168362      EDI: WFNNB.COM Apr 25 2019 03:33:00     Comenity - Catherines,   Bankruptcy Department,
               PO Box 182125,    Columbus, OH 43218-2125
518168364      EDI: BLUESTEM Apr 25 2019 03:33:00     Fingerhut,   6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
518183422     +E-mail/Text: info@payhcs.com Apr 25 2019 00:10:11     HCS Collections,   P.O. Box 306,
               Waldwick, NJ 07463-0306
518168365      EDI: RMSC.COM Apr 25 2019 03:33:00     JC Penney Credit Services,   Customer Service C/O SYNCB,
               PO Box 965009,   Orlando, FL 32896-5009
518168366      EDI: WFNNB.COM Apr 25 2019 03:33:00     Jessica London,   c/o Comenity Bank,   PO Box 182273,
               Columbus, OH 43218-2273
518168367      EDI: CBSMASON Apr 25 2019 03:33:00     K. Jordan,   913 1st Ave,
               Chippewa Falls, WI 54729-1402
518168370      E-mail/Text: bankruptcy@savit.com Apr 25 2019 00:10:17     Medical Eye Institute of Essex,
               c/o Savit Collection Agency,    PO Box 250,   East Brunswick, NJ 08816-0250
518168371      E-mail/Text: electronicbkydocs@nelnet.net Apr 25 2019 00:09:25     Nelnet/Dept of Ed,
               3015 S Parker Rd Ste 400,   Aurora, CO 80014-2904
518168373      EDI: RMSC.COM Apr 25 2019 03:33:00     Old Navy Customer Relations,   6007 Green Pointe Dr S,
               Groveport, OH 43125-2008
518168375     +E-mail/Text: BankruptcyMail@questdiagnostics.com Apr 25 2019 00:10:17     Quest Diagnostics,
               500 Plaza Dr,   Secaucus, NJ 07094-3656
518172186     +EDI: RMSC.COM Apr 25 2019 03:33:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518168378      E-mail/Text: bkdepartment@rtresolutions.com Apr 25 2019 00:09:33
               The Bank of New York, et al.,    c/o Real Time Resolutions,   1349 Empire Central Dr Ste 150,
               Dallas, TX 75247-4029
518168379      EDI: RMSC.COM Apr 25 2019 03:33:00     Walmart/Synchrony Bank,   Attn: Bankruptcy Department,
               PO Box 965064,   Orlando, FL 32896-5064
518168380      EDI: WFFC.COM Apr 25 2019 03:33:00     Wells Fargo Dealer Services,   MAC T9017-026,
               PO Box 17900,   Denver, CO 80217-0900
518168381      EDI: WFNNB.COM Apr 25 2019 03:33:00     Woman Within,   c/o Comenity Bank Bankrptcy Dept.,
               PO Box 182125,    Columbus, OH 43218-2125
                                                                                             TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
          Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```