Dionne L. Wade, Esq., DLW-2274
Law Office of Dionne Wade
1301 Main Avenue, 2nd Floor
Clifton, New Jersey 07011
973.340.4662 Office / 973.340.4775 Fax
Attorney for the Debtor: Sonya McMillan

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
SONYA MCMILLAN

Case No.: 19-17063

Chapter: 13

Judge: Rosemary Gambardella

_____

**NOTICE OF MOTION REINSTATING DEBTOR'S CHAPTER 13 BANKRUPTCY
CASE and CHAPTER 13 BANKRUPTCY STAY**

Debtor, SONYA McMILLAN, has filed papers with the court to Reinstate Debtor's
Chapter 13 Bankruptcy Case and Chapter 13 Bankruptcy Stay.

**Your rights may be affected.  You should read these papers carefully and discuss
them with your attorney, if you have one in this bankruptcy case (If you do not have an
attorney, you may wish to contact one).**

If you do not want the court to grant the Debtor permission to reinstate her Chapter 13
Bankruptcy Case, or if you want the court to consider your views on the motion, then on or
before May 29, 2019, you or your attorney must:

File with the court a written request for a hearing, or if the court requires, a written
response, an answer, explaining your position at:

**US Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102**

If you mail your response to the court filing, you must mail it early enough so the court
will receive it on or before the date stated above.

You must also mail a copy to:

Advanced Laparoscopic Assoc.
c/o HSC Collections
75 Franklin Tpke
Waldwick, NJ 07463-1831

American Express
PO Box 981535
El Paso, TX 79998-1535

Avenue/Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Bob's Discount Furniture
428 Tolland Tpke
Manchester, CT 06042-1765

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Care Credit
c/o Synchrony
PO Box 960061
Orlando, FL 32896-0061

Comenity - Catherines
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Ditech
Ditech Financial LLC
PO Box 6176
Rapid City, SD 57709-6176

Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

JC Penney Credit Services
Customer Service C/O SYNCB
PO Box 965009
Orlando, FL 32896-5009

Jessica London
c/o Comenity Bank
PO Box 182273
Columbus, OH 43218-2273

K. Jordan
913 1st Ave
Chippewa Falls, WI 54729-1402

KML Law Group, P.C.
216 Haddon Ave Ste 406
Westmont, NJ 08108-2812

LabCorp.
531 S Spring St
Burlington, NC 27215-5866

Medical Eye Institute of Essex
c/o Savit Collection Agency
PO Box 250
East Brunswick, NJ 08816-0250

Nelnet/Dept of Ed
3015 S Parker Rd Ste 400
Aurora, CO 80014-2904

New Jersey Division of Pension & Benefit
50 W State St
Trenton, NJ 08608-1220

Old Navy Customer Relations
6007 Green Pointe Dr S
Groveport, OH 43125-2008

Paterson Police Federal Credit Union
111 Broadway
Paterson, NJ 07505-1124

Quest Diagnostics
500 Plaza Dr
Secaucus, NJ 07094-3619

St Joseph's Regional Medical Center
703 Main St
Paterson, NJ 07503-2621

Summit Collection Services
PO Box 306
Ho Ho Kus, NJ 07423-0306
The Bank of New York, et al.
c/o Real Time Resolutions
1349 Empire Central Dr Ste 150
Dallas, TX 75247-4029

Walmart/Synchrony Bank
Attn: Bankruptcy Department
PO Box 965064

Orlando, FL 32896-5064
Wells Fargo Dealer Services
MAC T9017-026
PO Box 17900
Denver, CO 80217-0900

Woman Within
c/o Comenity Bank Bankrptcy Dept.
PO Box 182125
Columbus, OH 43218-2125

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, New Jersey 07004


     Attend the hearing scheduled to be held on  June 5, 2019 at 10  a.m./p.m. in Courtroom
_____3E____, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, 3rd
Floor, Newark, New Jersey 07102.

     In addition you are required to do the following:


     If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting the requested
relief.

Date:  April 28, 2019         Signature:  _____/S/ Dionne L. Wade_____
                  Name:  Dionne L. Wade, Esq.
                  Law Office of Dionne Wade
                  1301 Main Avenue, 2nd Floor
                  Clifton, New Jersey 07011

Dionne L. Wade, Esq., DLW-2274
Law Office of Dionne Wade
1301 Main Avenue, 2nd Floor
Clifton, New Jersey 07011
973.340.4662 Office / 973.340.4775 Fax
Attorney for the Debtor: Sonya McMillan

_____

IN RE:
SONYA MCMILLAN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.: 19-17063

Chapter: 13

Judge: Rosemary Gambardella

_____

**NOTICE OF MOTION REINSTATING DEBTOR'S CHAPTER 13 BANKRUPTCY
CASE and CHAPTER 13 BANKRUPTCY STAY**

PLEASE TAKE NOTICE, that on June 5, 2019 at 10:00 in the forenoon or as soon
thereafter as counsel may be heard, the undersigned, attorney for the Debtor, Sonya McMillan,
will move before the Honorable Rosemary Gambardella, at US Bankruptcy Court, District of
New Jersey, 50 Walnut Street, Courtroom 3E, Newark, New Jersey 07102, for an Order
Reinstating Debtor's Chapter 13 Bankruptcy Case and Chapter 13 Bankruptcy Stay

The undersigned will rely upon the attached Certification in Support of this motion.

Dionne L. Wade, Esq.
Law Office of Dionne Wade

By: ___/S/ Dionne L. Wade___
       Dionne L. Wade, Esq.

Dionne L. Wade, Esq., DLW-2274
Law Office of Dionne Wade
1301 Main Avenue, 2nd Floor
Clifton, New Jersey 07011
973.340.4662 Office / 973.340.4775 Fax
Attorney for the Debtor: Sonya McMillan

_____

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| SONYA MCMILLAN | DISTRICT OF NEW JERSEY |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
SONYA MCMILLAN

Case No.: 19-17063

Chapter: 13

Judge: Rosemary Gambardella

_____

I, Sonya McMillan, do hereby certify,

1. I am the Debtor in this case and I make the following Certification in support of this application;

2. I am thoroughly familiar with the facts of this case;

3. An Order to Show Cause Motion indicating My Certificate of Credit Counseling was not separately filed and my Chapter 13 plan was unsigned was filed by this Court;

4. The documents were not filed;

5. This Court Dismissed my Chapter 13 Bankruptcy Case and Stay;

6. The missing documents have been filed.

CERTIFICATION

I hereby certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  April 28, 2019                            _____
                                                                    /s/ Sonya McMillan
                                                                    Sonya McMillan

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004
-2(c)

In Re:

    SONYA McMILLAN

Case No: _____ 19-17063 _____

Adv. No.: _____

Hearing Date: June 5, 2019 _____

Judge: ___ Rosemary Gambardella ___

## ORDER REINSTATING THE DEBTOR'S CHAPTER 13 BANKRUPTCY CASE and STAY

The relief set forth on the following page is hereby ORDERED.

Upon the Motion of Dionne L. Wade, Esq., attorney for the Debtor, Sonya McMillan, and for good cause shown, it is

**ORDERED** as follows:

1)  Debtor's Chapter 13 Bankruptcy Case and Stay are hereby reinstated;

2)  In addition, Debtor must do the following:

The successful party shall serve this Order on Debtor, the Chapter 13 Bankruptcy Trustee, and all parties who entered an appearance on this Motion.

Dated: <u>April 28, 2019</u>                    _____

                                        HON. ROSEMARY GAMBARDELLA