Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17063−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sonya McMillan
  5 Jefferson St
  Apt 3
  Clifton, NJ 07014−1593

Social Security No.:
  xxx−xx−5649

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/8/19 and a confirmation hearing on such Plan has been scheduled for 6/6/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 4/28/19 and a confirmation hearing on the Modified Plan is scheduled for 6/6/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 29, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-17063-VFP
Sonya McMillan                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2             Date Rcvd: Apr 29, 2019
                                Form ID: 186                Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db              Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ   07014-1593
518168357       American Express,    PO Box 981535,    El Paso, TX   79998-1535
518168359       Bob's Discount Furniture,    428 Tolland Tpke,    Manchester, CT   06042-1765
518168363       Ditech,    Ditech Financial LLC,   PO Box 6176,    Rapid City, SD   57709-6176
518168368       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518168369       LabCorp.,    531 S Spring St,    Burlington, NC   27215-5866
518168372       New Jersey Division of Pension & Benefit,    50 W State St,    Trenton, NJ   08608-1220
518168374      +Paterson Police Federal Credit Union,    111 Broadway,    Paterson, NJ 07505-1135
518168376       St Joseph's Regional Medical Center,    703 Main St,    Paterson, NJ   07503-2621
518168377       Summit Collection Services,    PO Box 306,    Ho Ho Kus, NJ   07423-0306
518168380       Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 17900,    Denver, CO   80217-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:11
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518168356       E-mail/Text: info@payhcs.com Apr 30 2019 00:28:27      Advanced Laparoscopic Assoc.,
                 c/o HSC Collections,    75 Franklin Tpke,    Waldwick, NJ   07463-1831
518168358       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2019 00:27:16      Avenue/Comenity Bank,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH   43218-2125
518168360       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 00:40:37      Capital One,
                 PO Box 30281,    Salt Lake City, UT   84130-0281
518168361       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:36      Care Credit,   c/o Synchrony,
                 PO Box 960061,    Orlando, FL   32896-0061
518168362       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2019 00:27:16      Comenity - Catherines,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH   43218-2125
518168364       E-mail/Text: bnc-bluestem@quantum3group.com Apr 30 2019 00:28:15      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN   56303-0820
518183422      +E-mail/Text: info@payhcs.com Apr 30 2019 00:28:27      HCS Collections,    P.O. Box 306,
                 Waldwick, NJ 07463-0306
518168365       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:10      JC Penney Credit Services,
                 Customer Service C/O SYNCB,    PO Box 965009,    Orlando, FL   32896-5009
518168366       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2019 00:27:16      Jessica London,
                 c/o Comenity Bank,    PO Box 182273,    Columbus, OH   43218-2273
518168367       E-mail/Text: bankruptcy@sccompanies.com Apr 30 2019 00:26:21      K. Jordan,    913 1st Ave,
                 Chippewa Falls, WI   54729-1402
518168370       E-mail/Text: bankruptcy@savit.com Apr 30 2019 00:28:31      Medical Eye Institute of Essex,
                 c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ   08816-0250
518168371       E-mail/Text: electronicbkydocs@nelnet.net Apr 30 2019 00:27:43      Nelnet/Dept of Ed,
                 3015 S Parker Rd Ste 400,    Aurora, CO   80014-2904
518168373       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:35      Old Navy Customer Relations,
                 6007 Green Pointe Dr S,    Groveport, OH   43125-2008
518168375      +E-mail/Text: BankruptcyMail@questdiagnostics.com Apr 30 2019 00:28:30      Quest Diagnostics,
                 500 Plaza Dr,    Secaucus, NJ 07094-3656
518172186      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:30:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518168378       E-mail/Text: bkdepartment@rtresolutions.com Apr 30 2019 00:27:51
                 The Bank of New York, et al.,    c/o Real Time Resolutions,   1349 Empire Central Dr Ste 150,
                 Dallas, TX   75247-4029
518204803      +E-mail/Text: electronicbkydocs@nelnet.net Apr 30 2019 00:27:43
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
518168379       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:30:03      Walmart/Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965064,    Orlando, FL   32896-5064
518168381       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2019 00:27:16      Woman Within,
                 c/o Comenity Bank Bankrptcy Dept.,    PO Box 182125,   Columbus, OH   43218-2125
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin             Page 2 of 2              Date Rcvd: Apr 29, 2019
                               Form ID: 186            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:

```
          Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```