Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−17063−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya McMillan
   5 Jefferson St
   Apt 3
   Clifton, NJ 07014−1593

Social Security No.:
   xxx−xx−5649

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        8/15/19
Time:        08:30 AM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 11, 2019
JAN: jf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                    Case No. 19-17063-VFP
Sonya McMillan                                            Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Jul 12, 2019
                             Form ID: 132             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ   07014-1593
cr            +Paterson Police Federal Credit Union,    Paterson Police Federal Credit Union,    111 Broadway,
                Paterson, NJ 07505-1135
518168357      American Express,    PO Box 981535,    El Paso, TX   79998-1535
518256129      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
518168359      Bob's Discount Furniture,    428 Tolland Tpke,    Manchester, CT   06042-1765
518168363      Ditech,   Ditech Financial LLC,    PO Box 6176,    Rapid City, SD   57709-6176
518168368      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518168369      LabCorp.,   531 S Spring St,    Burlington, NC   27215-5866
518168372      New Jersey Division of Pension & Benefit,    50 W State St,    Trenton, NJ   08608-1220
518168374     +Paterson Police Federal Credit Union,    111 Broadway,    Paterson, NJ 07505-1135
518168376      St Joseph's Regional Medical Center,    703 Main St,    Paterson, NJ   07503-2621
518168377      Summit Collection Services,    PO Box 306,    Ho Ho Kus, NJ   07423-0306
518168380      Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 17900,    Denver, CO   80217-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:44
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518168356      E-mail/Text: info@payhcs.com Jul 12 2019 11:28:26     Advanced Laparoscopic Assoc.,
                c/o HSC Collections,    75 Franklin Tpke,    Waldwick, NJ   07463-1831
518168358      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:23     Avenue/Comenity Bank,
                Bankruptcy Department,    PO Box 182125,    Columbus, OH   43218-2125
518168360      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:51     Capital One,
                PO Box 30281,    Salt Lake City, UT   84130-0281
518168361      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:13     Care Credit,    c/o Synchrony,
                PO Box 960061,    Orlando, FL   32896-0061
518168362      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:23     Comenity - Catherines,
                Bankruptcy Department,    PO Box 182125,    Columbus, OH   43218-2125
518168364      E-mail/Text: bnc-bluestem@quantum3group.com Jul 12 2019 11:28:18     Fingerhut,
                6250 Ridgewood Rd,    Saint Cloud, MN   56303-0820
518183422     +E-mail/Text: info@payhcs.com Jul 12 2019 11:28:26     HCS Collections,    P.O. Box 306,
                Waldwick, NJ 07463-0306
518168365      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:33:48     JC Penney Credit Services,
                Customer Service C/O SYNCB,    PO Box 965009,    Orlando, FL   32896-5009
518168366      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:23     Jessica London,
                c/o Comenity Bank,    PO Box 182273,    Columbus, OH   43218-2273
518168367      E-mail/Text: bankruptcy@sccompanies.com Jul 12 2019 11:26:30     K. Jordan,    913 1st Ave,
                Chippewa Falls, WI   54729-1402
518168370      E-mail/Text: bankruptcy@savit.com Jul 12 2019 11:28:30     Medical Eye Institute of Essex,
                c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ   08816-0250
518168371      E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47     Nelnet/Dept of Ed,
                3015 S Parker Rd Ste 400,    Aurora, CO   80014-2904
518168373      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:14     Old Navy Customer Relations,
                6007 Green Pointe Dr S,    Groveport, OH   43125-2008
518168375     +E-mail/Text: BankruptcyMail@questdiagnostics.com Jul 12 2019 11:28:29     Quest Diagnostics,
                500 Plaza Dr,    Secaucus, NJ 07094-3656
518293159      E-mail/Text: bkdepartment@rtresolutions.com Jul 12 2019 11:27:53
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
518172186     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:13     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518168378      E-mail/Text: bkdepartment@rtresolutions.com Jul 12 2019 11:27:53
                The Bank of New York, et al.,    c/o Real Time Resolutions,    1349 Empire Central Dr Ste 150,
                Dallas, TX   75247-4029
518204803     +E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:27:47
                U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
518168379      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 04:34:14     Walmart/Synchrony Bank,
                Attn: Bankruptcy Department,    PO Box 965064,    Orlando, FL   32896-5064
518168381      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:27:23     Woman Within,
                c/o Comenity Bank Bankrptcy Dept.,    PO Box 182125,    Columbus, OH   43218-2125
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2019
                              Form ID: 132             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```