| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    SONYA MCMILLAN |

Order Filed on August 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-17063

Hearing Date:  08/15/2019

Judge:  VINCENT F. PAPALIA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: August 16, 2019

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s): SONYA MCMILLAN

Case No.: 19-17063VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/15/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/15/2019 of the plan filed on 04/28/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/29/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-17063-VFP
Sonya McMillan                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db              Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ   07014-1593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
              Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, et., al
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7