Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−17063−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya McMillan
   5 Jefferson St
   Apt 3
   Clifton, NJ 07014−1593

Social Security No.:
   xxx−xx−5649

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/8/19 and a confirmation hearing on such Plan has been scheduled for 6/6/19.

The debtor filed a Modified Plan on 9/5/19 and a confirmation hearing on the Modified Plan is scheduled for 10/3/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 6, 2019
JAN: wdh

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sonya McMillan  
      Debtor

Case No. 19-17063-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 06, 2019  
                          Form ID: 186    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.

```
db              Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ  07014-1593
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Paterson Police Federal Credit Union,    Paterson Police Federal Credit Union,    111 Broadway,
                 Paterson, NJ 07505-1135
cr             +The Bank of New York Mellon, et., al,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
518168357       American Express,    PO Box 981535,    El Paso, TX  79998-1535
518256129       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518168359       Bob's Discount Furniture,    428 Tolland Tpke,    Manchester, CT  06042-1765
518168363       Ditech,    Ditech Financial LLC,    PO Box 6176,    Rapid City, SD  57709-6176
518168368       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518168369       LabCorp.,    531 S Spring St,    Burlington, NC  27215-5866
518168372       New Jersey Division of Pension & Benefit,    50 W State St,    Trenton, NJ  08608-1220
518168374      +Paterson Police Federal Credit Union,    111 Broadway,    Paterson, NJ 07505-1135
518168376       St Joseph's Regional Medical Center,    703 Main St,    Paterson, NJ  07503-2621
518168377       Summit Collection Services,    PO Box 306,    Ho Ho Kus, NJ  07423-0306
518168380       Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 17900,    Denver, CO  80217-0900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:21:28
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518168356       E-mail/Text: info@payhcs.com Sep 07 2019 00:16:04      Advanced Laparoscopic Assoc.,
                 c/o HSC Collections,    75 Franklin Tpke,    Waldwick, NJ  07463-1831
518168358       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:51      Avenue/Comenity Bank,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
518168360       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2019 00:20:12      Capital One,
                 PO Box 30281,    Salt Lake City, UT  84130-0281
518168361       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:20:45      Care Credit,    c/o Synchrony,
                 PO Box 960061,    Orlando, FL  32896-0061
518168362       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:51      Comenity - Catherines,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
518168364       E-mail/Text: bnc-bluestem@quantum3group.com Sep 07 2019 00:15:53      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
518183422      +E-mail/Text: info@payhcs.com Sep 07 2019 00:16:04      HCS Collections,    P.O. Box 306,
                 Waldwick, NJ  07463-0306
518168365       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:21:28      JC Penney Credit Services,
                 Customer Service C/O SYNCB,    PO Box 965009,    Orlando, FL  32896-5009
518168366       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:51      Jessica London,
                 c/o Comenity Bank,    PO Box 182273,    Columbus, OH  43218-2273
518168367       E-mail/Text: bankruptcy@sccompanies.com Sep 07 2019 00:13:40      K. Jordan,    913 1st Ave,
                 Chippewa Falls, WI  54729-1402
518168370       E-mail/Text: bankruptcy@savit.com Sep 07 2019 00:16:10      Medical Eye Institute of Essex,
                 c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ  08816-0250
518168371       E-mail/Text: electronicbkydocs@nelnet.net Sep 07 2019 00:15:18      Nelnet/Dept of Ed,
                 3015 S Parker Rd Ste 400,    Aurora, CO  80014-2904
518168373       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:20:01      Old Navy Customer Relations,
                 6007 Green Pointe Dr S,    Groveport, OH  43125-2008
518446337       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2019 00:32:19
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518168375      +E-mail/Text: BankruptcyMail@questdiagnostics.com Sep 07 2019 00:16:09      Quest Diagnostics,
                 500 Plaza Dr,    Secaucus, NJ 07094-3656
518293159       E-mail/Text: bkdepartment@rtresolutions.com Sep 07 2019 00:15:28
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
518172186      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:20:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518168378       E-mail/Text: bkdepartment@rtresolutions.com Sep 07 2019 00:15:28
                 The Bank of New York, et al.,    c/o Real Time Resolutions,    1349 Empire Central Dr Ste 150,
                 Dallas, TX  75247-4029
518204803      +E-mail/Text: electronicbkydocs@nelnet.net Sep 07 2019 00:15:18
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
518168379       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:21:29      Walmart/Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965064,    Orlando, FL  32896-5064
518168381       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:52      Woman Within,
                 c/o Comenity Bank Bankrptcy Dept.,    PO Box 182125,    Columbus, OH  43218-2125
                                                                                              TOTAL: 24
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 06, 2019
                              Form ID: 186             Total Noticed: 39
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:
```
          Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, et., al
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```