**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**2** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **2** Lien Avoidance

Last Revised September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                 Case No. **19-17063**

                                                                       Judge **Rosemary Gambardella**

**McMillan, Sonya**

                     Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

[ ] Original                          [X] Modified/Notice Required          Date: **September 3, 2019**

[ ] Motions Included                  [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES [X] DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ X ] DOES [ ] DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[X] DOES [ ] DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **DLW**        Initial Debtor: **SM**            Initial Co-Debtor:

## Part 1: Payment and Length of Plan

a.    The debtor shall pay $ **485.00** per **month** to the Chapter 13 Trustee, starting on ___**October 1, 2019**___ for approximately **55** months.

b.    The debtor shall make plan payments to the Trustee from the following sources:
**[X]** Future Earnings
**[ ]** Other sources of funding (describe source, amount and date when funds are available):

c.    Use of real property to satisfy plan obligations:
**[ ]** Sale of real property
Description:
Proposed date for completion: _____

**[ ]** Refinance of real property
Description:
Proposed date for completion: _____

**[ ]** Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d.    **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.    **[ ]** Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection [  ] NONE

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ ___**1,350.00**___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to **Ditech Financial, LLC** (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Law Office of Dionne Wade** | **Administrative Expense** | **1,190.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence: [  ]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Ditech** | **5 Jefferson St Apt 3, Clifton, NJ 07014-1593** | **21,745.22** | **2.00%** | **21,745.22** | **1,632.38** |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [  ] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **The Bank of New York, et al.** | **5 Jefferson St Apt 3, Clifton, NJ 07014-1593** | **56,000.00** | **205,000.00** | **205,000.00** | **0.00** | **0.00%** | **0.00** |

3

| Wells Fargo Dealer Services | 2010 Volvo XC90 AWD | 6,060.02 | 4,039.00 | 0.00 | 4,039.00 | 4.00% | 4,463.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [X] NONE**

The following secured claims are unaffected by the Plan:
**None**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
__X__ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

4

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [  ] NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [  ] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **The Bank of New York, et al.** | 5 Jefferson St Apt 3, Clifton, NJ 07014-1593 | 56,000.00 | 205,000.00 | 205,000.00 | 0.00 | 0.00 |
| **Wells Fargo Dealer Services** | 2010 Volvo XC90 AWD | 6,060.02 | 4,039.00 | 0.00 | 4,039.00 | 2,021.62 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ____ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) Secured Claims
4) Lease Arrearages
5) **Priority Claims**
6) **General Unsecured Claims**

   **d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification [X] NONE

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:   __**September 3, 2019**__

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **To address Ditech's Proof of Claim** | **Addressed Ditech's Proof of Claim** |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

## Part 10: Non-Standard Provision(s): Signatures Required

   Non-Standard Provisions Requiring Separate Signatures:

   **[X]** NONE
   **[ ]** Explain here:

   Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.


Date:  **September 3, 2019**            **/S/ Sonya McMillan**
                                        Debtor



Date:
                                        Joint Debtor

Date:  **September 3, 2019**

**/S/ Dionne L. Wade**
Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-17063-VFP
Sonya McMillan                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 06, 2019
                             Form ID: pdf901       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db              Sonya McMillan,   5 Jefferson St,   Apt 3,   Clifton, NJ  07014-1593
cr             +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Paterson Police Federal Credit Union,   Paterson Police Federal Credit Union,   111 Broadway,
                 Paterson, NJ 07505-1135
cr             +The Bank of New York Mellon, et., al,   c/o Stern & Eisenberg, PC,   1040 N. Kings Highway,
                 Suite 407,   Cherry Hill, NJ 08034-1925
518168357       American Express,   PO Box 981535,   El Paso, TX  79998-1535
518256129       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518168359       Bob's Discount Furniture,   428 Tolland Tpke,   Manchester, CT  06042-1765
518168363       Ditech,   Ditech Financial LLC,   PO Box 6176,   Rapid City, SD  57709-6176
518168368       KML Law Group, P.C.,   216 Haddon Ave Ste 406,   Westmont, NJ  08108-2812
518168369       LabCorp.,   531 S Spring St,   Burlington, NC  27215-5866
518168372       New Jersey Division of Pension & Benefit,   50 W State St,   Trenton, NJ  08608-1220
518168374      +Paterson Police Federal Credit Union,   111 Broadway,   Paterson, NJ 07505-1135
518168376       St Joseph's Regional Medical Center,   703 Main St,   Paterson, NJ  07503-2621
518168377       Summit Collection Services,   PO Box 306,   Ho Ho Kus, NJ  07423-0306
518168380       Wells Fargo Dealer Services,   MAC T9017-026,   PO Box 17900,   Denver, CO  80217-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:20:03
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518168356       E-mail/Text: info@payhcs.com Sep 07 2019 00:16:04     Advanced Laparoscopic Assoc.,
                 c/o HSC Collections,   75 Franklin Tpke,   Waldwick, NJ  07463-1831
518168358       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:52     Avenue/Comenity Bank,
                 Bankruptcy Department,   PO Box 182125,   Columbus, OH  43218-2125
518168360       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2019 00:20:12     Capital One,
                 PO Box 30281,   Salt Lake City, UT  84130-0281
518168361       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:20:02     Care Credit,   c/o Synchrony,
                 PO Box 960061,   Orlando, FL  32896-0061
518168362       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:52     Comenity - Catherines,
                 Bankruptcy Department,   PO Box 182125,   Columbus, OH  43218-2125
518168364       E-mail/Text: bnc-bluestem@quantum3group.com Sep 07 2019 00:15:53     Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
518183422      +E-mail/Text: info@payhcs.com Sep 07 2019 00:16:04     HCS Collections,   P.O. Box 306,
                 Waldwick, NJ 07463-0306
518168365       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:21:29     JC Penney Credit Services,
                 Customer Service C/O SYNCB,   PO Box 965009,   Orlando, FL  32896-5009
518168366       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:52     Jessica London,
                 c/o Comenity Bank,   PO Box 182273,   Columbus, OH  43218-2273
518168367       E-mail/Text: bankruptcy@sccompanies.com Sep 07 2019 00:13:40     K. Jordan,   913 1st Ave,
                 Chippewa Falls, WI  54729-1402
518168370       E-mail/Text: bankruptcy@savit.com Sep 07 2019 00:16:11     Medical Eye Institute of Essex,
                 c/o Savit Collection Agency,   PO Box 250,   East Brunswick, NJ  08816-0250
518168371       E-mail/Text: electronicbkydocs@nelnet.net Sep 07 2019 00:15:18     Nelnet/Dept of Ed,
                 3015 S Parker Rd Ste 400,   Aurora, CO  80014-2904
518168373       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:21:30     Old Navy Customer Relations,
                 6007 Green Pointe Dr S,   Groveport, OH  43125-2008
518446337       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2019 00:32:20
                 Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
518168375      +E-mail/Text: BankruptcyMail@questdiagnostics.com Sep 07 2019 00:16:09     Quest Diagnostics,
                 500 Plaza Dr,   Secaucus, NJ 07094-3656
518293159       E-mail/Text: bkdepartment@rtresolutions.com Sep 07 2019 00:15:28
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
518172186      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:21:29     Synchrony Bank,
                 c/o o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518168378       E-mail/Text: bkdepartment@rtresolutions.com Sep 07 2019 00:15:28
                 The Bank of New York, et al.,   c/o Real Time Resolutions,   1349 Empire Central Dr Ste 150,
                 Dallas, TX  75247-4029
518204803      +E-mail/Text: electronicbkdocs@nelnet.net Sep 07 2019 00:15:18
                 U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
518168379       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2019 00:20:03     Walmart/Synchrony Bank,
                 Attn: Bankruptcy Department,   PO Box 965064,   Orlando, FL  32896-5064
518168381       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 07 2019 00:14:53     Woman Within,
                 c/o Comenity Bank Bankrptcy Dept.,   PO Box 182125,   Columbus, OH  43218-2125
                                                                                        TOTAL: 24

```
District/off: 0312-2          User: admin            Page 2 of 2          Date Rcvd: Sep 06, 2019
                              Form ID: pdf901         Total Noticed: 39
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, et., al
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7
```