Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 19–17063–VFP
                                        Chapter: 13
                                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya McMillan
   5 Jefferson St
   Apt 3
   Clifton, NJ 07014–1593

Social Security No.:
   xxx–xx–5649

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/10/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 10, 2019
JAN: mcp

                                                                               Jeanne Naughton
                                                                               Clerk

# United States Bankruptcy Court
## District of New Jersey

In re: Sonya McMillan, Debtor

Case No. 19-17063-VFP
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Oct 10, 2019 |
|---|---|---|---|
| | Form ID: 148 | Total Noticed: 40 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.

```
db              Sonya McMillan,    5 Jefferson St,   Apt 3,   Clifton, NJ  07014-1593
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Paterson Police Federal Credit Union,    Paterson Police Federal Credit Union,    111 Broadway,
                 Paterson, NJ 07505-1135
cr             +The Bank of New York Mellon, et., al,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
518168359       Bob's Discount Furniture,    428 Tolland Tpke,    Manchester, CT  06042-1765
518168363       Ditech,   Ditech Financial LLC,    PO Box 6176,   Rapid City, SD  57709-6176
518168368       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518168369       LabCorp.,    531 S Spring St,    Burlington, NC  27215-5866
518168372       New Jersey Division of Pension & Benefit,    50 W State St,    Trenton, NJ  08608-1220
518168374      +Paterson Police Federal Credit Union,    111 Broadway,    Paterson, NJ  07505-1135
518168376       St Joseph's Regional Medical Center,    703 Main St,    Paterson, NJ  07503-2621
518168377       Summit Collection Services,    PO Box 306,    Ho Ho Kus, NJ  07423-0306
518452946      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 23:11:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 23:11:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
cr             +EDI: RMSC.COM Oct 11 2019 02:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518168356       E-mail/Text: info@payhcs.com Oct 10 2019 23:11:57     Advanced Laparoscopic Assoc.,
                 c/o HSC Collections,    75 Franklin Tpke,    Waldwick, NJ  07463-1831
518168357       EDI: AMEREXPR.COM Oct 11 2019 02:48:00      American Express,    PO Box 981535,
                 El Paso, TX  79998-1535
518256129       EDI: BECKLEE.COM Oct 11 2019 02:48:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518168358       EDI: WFNNB.COM Oct 11 2019 02:48:00      Avenue/Comenity Bank,    Bankruptcy Department,
                 PO Box 182125,    Columbus, OH  43218-2125
518168360       EDI: CAPITALONE.COM Oct 11 2019 02:48:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
518168361       EDI: RMSC.COM Oct 11 2019 02:48:00      Care Credit,    c/o Synchrony,    PO Box 960061,
                 Orlando, FL  32896-0061
518168362       EDI: WFNNB.COM Oct 11 2019 02:48:00      Comenity - Catherines,    Bankruptcy Department,
                 PO Box 182125,    Columbus, OH  43218-2125
518168364       EDI: BLUESTEM Oct 11 2019 02:48:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN  56303-0820
518183422      +E-mail/Text: info@payhcs.com Oct 10 2019 23:11:57     HCS Collections,    P.O. Box 306,
                 Waldwick, NJ  07463-0306
518168365       EDI: RMSC.COM Oct 11 2019 02:48:00      JC Penney Credit Services,    Customer Service C/O SYNCB,
                 PO Box 965009,    Orlando, FL  32896-5009
518168366       EDI: WFNNB.COM Oct 11 2019 02:48:00      Jessica London,    c/o Comenity Bank,    PO Box 182273,
                 Columbus, OH  43218-2273
518168367       EDI: CBSMASON Oct 11 2019 02:48:00      K. Jordan,    913 1st Ave,
                 Chippewa Falls, WI  54729-1402
518168370       E-mail/Text: bankruptcy@savit.com Oct 10 2019 23:11:58     Medical Eye Institute of Essex,
                 c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ  08816-0250
518168371       E-mail/Text: electronicbkydocs@nelnet.net Oct 10 2019 23:11:36      Nelnet/Dept of Ed,
                 3015 S Parker Rd Ste 400,    Aurora, CO  80014-2904
518168373       EDI: RMSC.COM Oct 11 2019 02:48:00      Old Navy Customer Relations,    6007 Green Pointe Dr S,
                 Groveport, OH  43125-2008
518446337       EDI: PRA.COM Oct 11 2019 02:48:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518168375      +E-mail/Text: BankruptcyMail@questdiagnostics.com Oct 10 2019 23:11:58      Quest Diagnostics,
                 500 Plaza Dr,    Secaucus, NJ  07094-3656
518293159       E-mail/Text: bkdepartment@rtresolutions.com Oct 10 2019 23:11:41
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
518172186      +EDI: RMSC.COM Oct 11 2019 02:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518168378       E-mail/Text: bkdepartment@rtresolutions.com Oct 10 2019 23:11:41
                 The Bank of New York, et al.,    c/o Real Time Resolutions,    1349 Empire Central Dr Ste 150,
                 Dallas, TX  75247-4029
518204803      +E-mail/Text: electronicbkydocs@nelnet.net Oct 10 2019 23:11:36
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE  68508-1911
518168379       EDI: RMSC.COM Oct 11 2019 02:48:00      Walmart/Synchrony Bank,    Attn: Bankruptcy Department,
                 PO Box 965064,    Orlando, FL  32896-5064
518168380       EDI: WFFC.COM Oct 11 2019 02:48:00      Wells Fargo Dealer Services,    MAC T9017-026,
                 PO Box 17900,    Denver, CO  80217-0900
```

```
District/off: 0312-2           User: admin               Page 2 of 2               Date Rcvd: Oct 10, 2019
                               Form ID: 148              Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518168381       EDI: WFNNB.COM Oct 11 2019 02:48:00      Woman Within,   c/o Comenity Bank Bankrptcy Dept.,
                PO Box 182125,   Columbus, OH 43218-2125
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518451911       DITECH FINANCIAL LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
```
            Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
            Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
            Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
            Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
             nj.bkecf@fedphe.com
            Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, et., al
             skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```