UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SONYA McMILLAN

Case No.: 19-17063

Chapter: 13

Judge: Vincent F. Papalia

# ORDER VACATING DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE and REINSTATING THE CHAPTER 13 BANKRUPTCY STAY

The relief set forth on the following pages is **ORDERED**

**DATED: December 6, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter having come before the Court by the Debtor, Sonya McMillan's Motion to Reinstate the Chapter 13 Bankruptcy Case and Stay; the Court having considered the objections filed; and for good cause shown; it is

**ORDERED** that the case is reinstated effective as of the date of this Order. The order dismissing the case dated ____October 3, 2019____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by any third parties during the periods this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to object to the Debtor's discharge or dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Meeting of Creditors has not been concluded, the Debtor must contact the case trustee to schedule a new date

IT IS FURTHER ORDERED that if this is a Chapter 13 case, and the Debtor's Plan has not been confirmed, the confirmation hearing is rescheduled to __January 16, 2020__ at ____8:30am____.

IT IS FURTHER ORDERED that the Debtor must, within three (3) days of the date of this Order, serve ALL creditors and other parties in interest with a copy of this Order and immediately thereafter, file Local Form *Certification of Service*. This Order will be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-17063-VFP
Sonya McMillan                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1              Date Rcvd: Dec 06, 2019
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db              Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ   07014-1593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
              Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, et., al
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8