| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   SONYA MCMILLAN | Case No.:  19-17063 VFP<br><br>Hearing Date:  1/16/2020<br><br>Judge:  VINCENT F. PAPALIA<br><br>Debtor is Entitled To Discharge |

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: February 3, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s):     SONYA MCMILLAN

Case No.:      19-17063 VFP

Caption of Order:   MODIFIED ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 01/23/2020 is hereby modified as a result of the expiration of the claims bar date and that commencing 05/01/2019 the Debtor shall pay the Standing Trustee the sum of $3,440.00 paid into date over 9 month(s), and then commencing 02/01/2020 the sum of $571.00 for a period of 51 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sonya McMillan  
     Debtor

Case No. 19-17063-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 03, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.  
db        Sonya McMillan,    5 Jefferson St,    Apt 3,    Clifton, NJ    07014-1593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
- Dionne L. Wade    on behalf of Debtor Sonya  McMillan dionnewade@optonline.net
- Marie-Ann  Greenberg    magecf@magtrustee.com
- Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
- Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
- Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
- Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
- Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, et., al skelly@sterneisenberg.com, bkecf@sterneisenberg.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                            TOTAL: 8