Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
File No. 108129B

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re:

    Sonya McMillan

    Debtor

:    **CASE NO. 19-17063-VFP**

:    **CHAPTER 13**

:    **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**
:    **OF NOTICES, PLEADINGS, ETC.**

:

    Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, *Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee*, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
*Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee*

*Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee*
c/o
Gregory Funding LLC
P.O. Box 230579
Tigard, OR 97281-0579

DATED: January 18, 2022