| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel. 201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-0787<br>Attorney for Debtor, Sonya McMillan | |
| In Re:<br><br>SONYA McMILLAN,<br><br>Debtor. | Case No.: 19-17063/VFP<br>Chapter: 13<br>Judge: Vincent F. Papalia<br><br>*MODIFIED FORM |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Virginia E. Fortunato, Esq. will be substituted as attorney of record for Sonya McMillan, debtor in this case.[1]

Date: November 3, 2022

/s/ Sonya McMillan
*Pro Se Debtor

Date: November 3, 2022

/s/ Virginia E. Fortunato
Signature of Substituted Attorney[2]

*Unfortunately, Debtor's former bankruptcy attorney who is listed on the Court's Docket, is no longer allowed to practice law. As such, she is unable to sign this certification due to her disbarment.

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.