```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq. - VEF-0784
Attorney for Debtor, Sonya McMillan
```

| | |
|---|---|
| In Re: | Case No.: __19-17063/VFP__ |
| SONYA McMILLALN, | Chapter: __13__ |
| Debtor. | Adv. No.: _____ |
| | Hearing Date: __July 18, 2024__ |
| | Judge: __Vincent F. Papalia__ |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

    ☑ represent the ____debtor____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the
    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __April 30, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Notice of Motion to Avoid and Cancel Judicial Lien of Real Time Resolutions, Inc., et al Pursuant to 11 U.S.C. Section 522(f); (b) Debtor's Certification in Support of Motion; and (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __April 30, 2024__        /s/ Virginia E. Fortunato, Esq.
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive<br>Suite 150<br>Dallas, Texas 75247 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Steven P. Kelly, Esq.<br>Stern & Eisenberg, P.C.<br>1040 N. Kings Highway<br>Suite 407<br>Cherry Hill, New Jersey 08034 | Attorneys for Real Time Resolutions, Inc. | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ms. Sonya McMillan<br>5 Jefferson Street<br>Unit 3<br>Clifton, New Jersey  07011 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |