Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY  7, 2024

**Chapter 13 Case # 19-17063**

| Re: | SONYA MCMILLAN<br>5 JEFFERSON ST<br>APT 3<br>CLIFTON, NJ  07014-1593 | Atty: | VIRGINIA E FORTUNATO LLC<br>ONE KINDERKAMACK ROAD<br>HACKENSACK, NJ  07601 |
|---|---|---|---|

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,561.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/16/2019 | $250.00 | 25529139393 | 07/12/2019 | $250.00 | 1917063-25529159463 |
| 07/12/2019 | $250.00 | 1917063-25529151060 | 07/12/2019 | $250.00 | 1917063-25529157022 |
| 08/05/2019 | $250.00 | 24812328936 | 09/05/2019 | $250.00 | 24812347050 |
| 10/02/2019 | $485.00 | 26012668577 | 12/09/2019 | $485.00 | 1917063-25986666857 |
| 12/09/2019 | $485.00 | 1917063-25981394501 | 01/03/2020 | $485.00 | 25981275510 |
| 02/05/2020 | $571.00 | 25981276678 | 03/02/2020 | $571.00 | 26435409840 |
| 04/02/2020 | $571.00 | 26160218313 | 05/01/2020 | $571.00 | 21345832427 |
| 06/01/2020 | $571.00 | 26464513522 | 07/02/2020 | $571.00 | 26464502248 |
| 08/04/2020 | $571.00 | 26464504408 | 09/08/2020 | $571.00 | 26464535335 |
| 09/29/2020 | $571.00 | 26464542480 | 11/03/2020 | $571.00 | 26984911094 |
| 12/03/2020 | $571.00 | 26984913467 | 01/12/2021 | $571.00 | 26984918147 |
| 03/02/2021 | $571.00 | 26743296374 | 03/10/2021 | $571.00 | 26743286430 |
| 04/02/2021 | $571.00 | 26743299715 | 05/06/2021 | $571.00 | 27189832623 |
| 06/02/2021 | $571.00 | 27216612922 | 07/07/2021 | $571.00 | 27216616140 |
| 08/10/2021 | $571.00 | 26160247967 | 09/07/2021 | $571.00 | 27216620201 |
| 10/08/2021 | $571.00 | 27216623981 | 11/02/2021 | $571.00 | 27533000924 |
| 12/02/2021 | $571.00 | 27533006842 | 01/05/2022 | $571.00 | 27750962406 |
| 02/07/2022 | $571.00 | 27533013761 | 03/04/2022 | $571.00 | 27919679218 |
| 04/01/2022 | $571.00 | 28125781255 | 05/04/2022 | $571.00 | 27533018632 |
| 06/07/2022 | $571.00 | 28126611764 | 07/06/2022 | $571.00 | 28126618931 |
| 08/02/2022 | $571.00 | 28282862474 | 09/07/2022 | $571.00 | 28368504944 |
| 10/04/2022 | $571.00 | 28282878955 | 11/01/2022 | $571.00 | 28053882270 |
| 12/06/2022 | $571.00 | 28445255594 | 01/05/2023 | $571.00 | 28445270714 |
| 02/09/2023 | $571.00 | 28053892888 | 03/07/2023 | $571.00 | 27533023852 |
| 04/04/2023 | $571.00 | 28235992858 | 05/03/2023 | $571.00 | 28132730065 |
| 05/31/2023 | $571.00 | 28132733002 | 07/11/2023 | $571.00 | |
| 08/08/2023 | $571.00 | | 09/11/2023 | $571.00 | |
| 10/10/2023 | $571.00 | | 11/08/2023 | $571.00 | |
| 12/08/2023 | $571.00 | | 01/09/2024 | $571.00 | |

**Chapter 13 Case # 19-17063**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/08/2024 | $571.00 | | 03/08/2024 | $571.00 | |
| 04/08/2024 | $571.00 | | | | |

**Total Receipts: $32,561.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,561.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,982.55 | |
| ATTY | ATTORNEY | ADMIN | 1,190.00 | 100.00% | 1,190.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED LAPAROSCOPIC ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 351.48 | * | 4.57 | |
| 0003 | AVENUE/COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BOB'S DISCOUNT FURNITURE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | COMENITY - CATHERINES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | GREGORY FUNDING LLC | MORTGAGE ARR | 23,655.70 | 100.00% | 23,655.70 | |
| 0009 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JC PENNEY CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | JESSICA LONDON | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | K. JORDAN | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | LABCORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MEDICAL EYE INSTITUTE OF ESSEX | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DEPARTMENT OF EDUCATION | UNSECURED | 26,575.65 | * | 345.43 | |
| 0017 | NEW JERSEY DIVISION OF PENSION & BI | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | OLD NAVY CUSTOMER RELATIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PATERSON POLICE FEDERAL CREDIT UN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | ST JOSEPH'S REGIONAL MEDICAL CENTE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SUMMIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 335.20 | * | 4.35 | |
| 0026 | WELLS FARGO AUTO | VEHICLE SECURE | 4,463.00 | 100.00% | 4,463.00 | |
| 0027 | WOMAN WITHIN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | NELNET/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PATERSON POLICE FEDERAL CREDIT UN | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | HCS COLLECTIONS | UNSECURED | 121.81 | * | 1.59 | |
| 0032 | REAL TIME RESOLUTIONS | UNSECURED | 68,737.16 | * | 893.46 | |
| 0033 | WELLS FARGO AUTO | UNSECURED | 1,565.98 | * | 20.35 | |

**Total Paid: $32,561.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 04/15/2024 | $4.57 | 926085 | | | |
| DEPARTMENT OF EDUCATION | | | | | | |
| | 02/12/2024 | $59.61 | 922952 | 03/11/2024 | $142.91 | 924417 |
| | 04/15/2024 | $142.91 | 925832 | | | |

**Chapter 13 Case # 19-17063**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DITECH FINANCIAL LLC | | | | | | | |
| | 02/10/2020 | $1,759.22 | 842467 | | 03/16/2020 | $455.39 | 844340 |
| | 04/20/2020 | $887.73 | 846285 | | 05/18/2020 | $432.33 | 848257 |
| | 06/08/2020 | ($432.33) | 848257 | | | | |
| GREGORY FUNDING LLC | | | | | | | |
| | 02/14/2022 | $457.88 | 886063 | | 03/14/2022 | $457.88 | 887773 |
| | 04/18/2022 | $930.23 | 889500 | | 06/20/2022 | $465.12 | 892891 |
| | 07/18/2022 | $465.11 | 894582 | | 08/15/2022 | $465.12 | 896167 |
| | 09/19/2022 | $465.11 | 897773 | | 10/17/2022 | $465.12 | 899425 |
| | 11/14/2022 | $455.48 | 901000 | | 12/12/2022 | $455.47 | 902549 |
| | 01/09/2023 | $455.48 | 904040 | | 02/13/2023 | $455.47 | 905581 |
| | 03/13/2023 | $455.48 | 907190 | | 04/17/2023 | $455.47 | 908794 |
| | 05/15/2023 | $455.48 | 910390 | | 06/12/2023 | $450.65 | 911867 |
| | 07/17/2023 | $901.29 | 913387 | | 08/14/2023 | $450.65 | 914907 |
| | 09/18/2023 | $450.65 | 916401 | | 10/16/2023 | $443.42 | 917874 |
| | 11/13/2023 | $443.42 | 919326 | | 12/11/2023 | $443.42 | 920722 |
| | 02/12/2024 | $701.89 | 923474 | | | | |
| HCS COLLECTIONS | | | | | | | |
| | 04/15/2024 | $1.59 | 926378 | | | | |
| NEWREZ LLC | | | | | | | |
| | 09/21/2020 | $1,702.44 | 855709 | | 10/19/2020 | $891.67 | 857609 |
| | 12/21/2020 | $891.67 | 861194 | | 02/22/2021 | $445.84 | 864635 |
| | 04/19/2021 | $1,337.51 | 868153 | | 06/21/2021 | $906.12 | 871861 |
| | 08/16/2021 | $453.06 | 875375 | | 09/20/2021 | $453.06 | 877091 |
| | 10/18/2021 | $453.06 | 878873 | | 11/17/2021 | $457.88 | 880578 |
| | 12/13/2021 | $457.88 | 882214 | | 01/10/2022 | $457.88 | 883873 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 04/15/2024 | $4.35 | 8004035 | | | | |
| REAL TIME RESOLUTIONS | | | | | | | |
| | 02/12/2024 | $154.18 | 8003958 | | 03/11/2024 | $369.64 | 8004005 |
| | 04/15/2024 | $369.64 | 8004044 | | | | |
| WELLS FARGO AUTO | | | | | | | |
| | 02/10/2020 | $331.90 | 844108 | | 03/16/2020 | $85.92 | 846064 |
| | 04/20/2020 | $167.48 | 848035 | | 05/18/2020 | $81.57 | 849769 |
| | 06/15/2020 | $67.40 | 851467 | | 07/20/2020 | $164.69 | 853356 |
| | 09/21/2020 | $82.34 | 857066 | | 10/19/2020 | $164.69 | 858880 |
| | 12/21/2020 | $164.69 | 862560 | | 02/22/2021 | $82.34 | 866091 |
| | 04/19/2021 | $247.03 | 869577 | | 06/21/2021 | $167.36 | 873224 |
| | 08/16/2021 | $83.68 | 876642 | | 09/20/2021 | $83.68 | 878437 |
| | 10/18/2021 | $83.68 | 880163 | | 11/17/2021 | $84.57 | 881828 |
| | 12/13/2021 | $84.57 | 883473 | | 01/10/2022 | $84.57 | 885118 |
| | 02/14/2022 | $84.57 | 886859 | | 03/14/2022 | $84.57 | 888522 |
| | 04/18/2022 | $171.81 | 890305 | | 06/20/2022 | $85.90 | 893696 |
| | 07/18/2022 | $85.91 | 895314 | | 08/15/2022 | $85.90 | 896859 |
| | 09/19/2022 | $85.91 | 898548 | | 10/17/2022 | $85.90 | 900144 |
| | 11/14/2022 | $84.12 | 901719 | | 12/12/2022 | $84.13 | 903237 |
| | 01/09/2023 | $84.12 | 904732 | | 02/13/2023 | $84.13 | 906325 |
| | 03/13/2023 | $84.12 | 907893 | | 04/17/2023 | $84.13 | 909556 |
| | 05/15/2023 | $84.12 | 911040 | | 06/12/2023 | $83.23 | 912554 |
| | 07/17/2023 | $166.47 | 914080 | | 08/14/2023 | $83.23 | 915548 |
| | 09/18/2023 | $83.23 | 917079 | | 10/16/2023 | $81.90 | 918509 |
| | 11/13/2023 | $81.90 | 919956 | | 12/11/2023 | $81.90 | 921356 |
| | 02/12/2024 | $129.64 | 924144 | | 03/11/2024 | $11.93 | 925558 |
| | 04/15/2024 | $8.42 | 927065 | | | | |

**Chapter 13 Case # 19-17063**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 07, 2024.

Receipts: $32,561.00      -      Paid to Claims: $29,388.45      -      Admin Costs Paid: $3,172.55      =      Funds on Hand: $0.00

Base Plan Amount: $32,561.00      -      Receipts: $32,561.00      =      Total Unpaid Balance: **$0.00

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.