Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.: 19−17063−VFP
         Chapter:  13
         Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Sonya McMillan
 5 Jefferson St
 Apt 3
 Clifton, NJ 07014−1593

Social Security No.:
 xxx−xx−5649

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

 TO: <u>Sonya McMillan</u>
   Debtor(s)

 You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: May 9, 2024
JAN: dlr

                <u>Jeanne Naughton, Clerk</u>