```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR
9004-1(b)
VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Sonya McMillan
```

| | |
|---|---|
| In Re: | Case No.: 19-17063/VFP |
| SONYA McMILLAN, | Chapter: 13 |
| Debtor. | Adv. No.: |
| | Hearing Date: 07/18/24 @ 2:00 pm |
| | Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

   ☑ represent the ___debtor___ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __June 20, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Fee Application Cover Sheet; (b) Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee; and (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __June 20, 2024__          /s/ Virginia E. Fortunato, Esq.
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07101 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Ms. Sonya McMillan<br>5 Jefferson Street<br>Apartment No. 3<br>Clifton, New Jersey 07014-1593 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |