**VIRGINIA E. FORTUNATO, L.L.C.**
ATTORNEY AT LAW
One Kinderkamack Road
Hackensack, NJ 07601
(201) 673-5777
(201) 490-8784 (f)

Virginia E. Fortunato
Licensed to practice in New Jersey

June 27, 2024

Ms. Sonya McMillan
5 Jefferson Street
Apartment No. 3
Clifton, New Jersey   07014-1593

    Re: Sonya McMillan
        Case No. 19-17063/VFP - Chapter 13

Dear Ms. McMillan:

    Please be advised that the hearing date for my Application for Attorney Fees, which was filed with the United States Bankruptcy Court on June 20, 2024 which was scheduled for Thursday, July 18, 2024 at 1:45 p.m., is now **scheduled for Thursday, July 18, 2024 at 2:00 p.m.**, in the above referenced matter.

    Should you have any questions or concerns, please advise.

                              Very truly yours,

                              /s/ Virginia E. Fortunato
                              VIRGINIA E. FORTUNATO

VEF:klts

cc: Office of the United States Trustee
    Marie-Ann Greenberg, Chapter 13 Trustee



Virginia E. Fortunato is a proud member of the National Association of Consumer Bankruptcy Attorneys. Congress has designated Virginia E. Fortunato, LLC as a debt relief agency. We help people file for bankruptcy under the Bankruptcy Code.