UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey  07601
Tel: 201-673-5777

Virginia E. Fortunato, Esq.
Attorneys for Debtor, Sonya McMillan

In Re:

SONYA McMILLAN,

Debtor

Case No.: __19-17063/VFP__

Chapter: __13__

Hearing Date: _____

Judge: __Vincent F. Papalia__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Application for Settglement Between Debtor and Secured Creditor, Barclays Mortgage Trust 2021-NPL-1, et al (Docket No. 89).

Date: July 3, 2024

/s/ Virginia E. Fortunato
_____
Signature

rev.8/1/15