UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR
9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Sonya McMillan

In Re:

SONYA McMILLAN,

Debtor.

| | |
|---|---|
| Case No.: | 19-17063/VFP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

   ☑ represent the _____debtor_____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the
   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____July 3, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Application for Settlement Between Debtor and Barclays Mortgage Trust 2021-NPL1, et al; (b) Certification of Consent Regarding Consent Order; and (c) proposed Consent Order Agreeing Mortgage is Current Through May, 2024.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __July 3, 2024__          __/s/ Virginia E. Fortunato, Esq.__
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07101 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Rob Saltzman, Esq.<br>Pulse, Becker & Saltzman, LLC<br>20000 Horizon Way - Suite 900<br>Mt. Laurel, New Jersey   08054-4318 | Attorney for Secured Creditor, Barclays Mortgage First Trust, et al | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Ms. Sonya McMillan<br>5 Jefferson Street<br>Apartment No. 3<br>Cliflton, New Jersey   07014-1593 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |