| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2© |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>*Attorney for Debtor, Sonya McMillan* |

Order Filed on July 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SONYA McMILLAN,**

　　Debtor.

Case No.　19-17063/VFP

Chapter:　13

Judge:　Vincent F. Papalia

### CONSENT ORDER AGREEING MORTGAGE IS CURRENT THROUGH MAY, 2024

　　The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: July 11, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:       2
Debtors:    Sonya McMillan
Case No.:   19-17063/VFP - Chapter 13
Caption:    Consent Order Agreeing Mortgage is Current Through May, 2024

---

**THIS MATTER** having come before the Court on the Trustee's Notice of Final Cure and the Mortgagee having filed a Response thereto, and both the Debtor, by and through Counsel, Virginia E. Fortunato, Esq., appearing, and the Mortgagee, by and through Counsel, Pluese, Becker, Saltzman & Thomas, LLC, Robert Saltzman, Esq. Appearing, deeming further clarification of the record to be helpful, and the Court having considered the matter and good cause having been show,

**IT IS HEREBY,**

**ORDERED**, that the subject mortgage loan account shall be and the same hereby is determined to be current through payment due May, 2024.

WE HEREBY CONSENT TO THE FOREGOING TERMS

**VIRGINIA E. FORTUNATO, L.L.C.**

By: **/s/ Virginia E. Fortunato**
    **Virginia E. Fortunato, Esq.**
    **Attorney for Debtor**

**Dated:   July 1, 2024**

**PULSE, BECKER & SALTZMAN, LLC**

By: **/s/ Rob Saltzman**
    **Rob Saltzman, Esq.**
    **Attorney for Secured Creditor,**
    **Barclays Mortgage Trust 2021-NPL1**
    **Mortgage-Backed Securities,**
    **Series 2021-NPL1**
    **By U.S. Bank National Association,**
    **as Indenture Trustee**
    **c/o Gregory Funding LLC**
    **P.O. Box 2030579**
    **Tigard, Oregon 97128-0579**

**Dated: July 1, 2024**