**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2©

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey 07601
201-673-5777

Virginia E. Fortunato, Esq.
*Attorney for Debtor, Sonya McMillan*

Order Filed on July 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SONYA McMILLAN,**

Debtor.

Case No.    19-17063/VFP

Chapter:    13

Judge:    Vincent F. Papalia

**CONSENT ORDER AGREEING MORTGAGE IS CURRENT THROUGH MAY, 2024**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 11, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:     2
Debtors:  Sonya McMillan
Case No.: 19-17063/VFP - Chapter 13
Caption:  Consent Order Agreeing Mortgage is Current Through May, 2024

---

**THIS MATTER** having come before the Court on the Trustee's Notice of Final Cure and the Mortgagee having filed a Response thereto, and both the Debtor, by and through Counsel, Virginia E. Fortunato, Esq., appearing, and the Mortgagee, by and through Counsel, Pluese, Becker, Saltzman & Thomas, LLC, Robert Saltzman, Esq. Appearing, deeming further clarification of the record to be helpful, and the Court having considered the matter and good cause having been show,

**IT IS HEREBY,**

**ORDERED**, that the subject mortgage loan account shall be and the same hereby is determined to be current through payment due May, 2024.

WE HEREBY CONSENT TO THE FOREGOING TERMS

**VIRGINIA E. FORTUNATO, L.L.C.**

By: /s/ Virginia E. Fortunato
    Virginia E. Fortunato, Esq.
    Attorney for Debtor

Dated: July 1, 2024

**PULSE, BECKER & SALTZMAN, LLC**

By: /s/ Rob Saltzman
    Rob Saltzman, Esq.
    Attorney for Secured Creditor,
    Barclays Mortgage Trust 2021-NPL1
    Mortgage-Backed Securities,
    Series 2021-NPL1
    By U.S. Bank National Association,
    as Indenture Trustee
    c/o Gregory Funding LLC
    P.O. Box 2030579
    Tigard, Oregon 97128-0579

Dated: July 1, 2024

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17063-VFP |
| Sonya McMillan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sonya McMillan, 5 Jefferson St, Apt 3, Clifton, NJ 07014-1593 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Robert P. Saltzman | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1  Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor The Bank of New York Mellon  et., al skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 12, 2024 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia E. Fortunato
    on behalf of Debtor Sonya McMillan njbankruptcy911@gmail.com
    bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 10