Order Filed on July 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey  07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq.
Attorney for Debtor, Sonya McMillan

In Re:

SONYA McMILLAN,

             Debtor.

Case No:       19-17063/VFP

Chapter:       13

Hearing Date:  July 18, 2024

Judge:         Vincent F. Papalia

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 22, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

    The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 5 Jefferson Street, Unit 3, Clifton, New Jersey 07011

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Mortgage Electronics Registration Systems, Inc.
    b. Current Assignee: The Bank of New York Mellon, f/k/a The Bank of New York
    c. Current Servicer: Real Time Resolutions, Inc.
    d. Date of Mortgage/Lien: October 31, 2005
    e. Date of Recordation: November 4, 2005
    f. Place of Recordation: Passaic County Clerk's Office
        i. Mortgage Book: M6823
        ii. Page: 1
    g. Original Principal Balance of Mortgage/Lien: $ 53,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*