| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey  07601<br>Tel.: 201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Sonya McMillan | Order Filed on July 22, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SONYA McMILLAN,<br><br>                Debtor. | Case No.:  19-17063/VFP<br><br>Chapter:  13<br><br>Judge:  VFP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: July 22, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____VIRGINIA E. FORTUNATO, LLC_____, the applicant, is allowed a fee of $ \_\_\_1,950.00\_\_\_ for services rendered and expenses in the amount of $\_\_\_95.30\_\_\_ for a total of $\_\_\_2,045.30\_\_\_ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

*rev.8/1/15*